Ted D. Daniels
PLAINTIFF/PETITIONER/MOVANT'S NAME

T-23705
PRISON NUMBER

Centinela State Prison
PLACE OF CONFINEMENT

P.O. Box 911, Imperial, CA 92251
ADDRESS

FILING FEE PAID Yes ___ No ✓
IFP MOTION FILED Yes ✓ No ___
COPIES SENT TO Court ✓ ProSe ___

FILED
MAY 29 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____ DEPUTY

# United States District Court
## Southern District Of California

Ted D. Daniels,
Plaintiff/Petitioner/Movant

v.

_____,
Defendant/Respondent

Civil No. **08 CV 0961 IEG NLS**
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS

I, Ted D. Daniels, declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated? ☒ Yes ☐ No    (If "No" go to question 2)
   If "Yes," state the place of your incarceration   Centinela State Prison
   Are you employed at the institution?       ☐ Yes ☒ No
   Do you receive any payment from the institution? ☐ Yes ☒ No

   [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 9/97)                                                                 K:\COMMON\FORMS\CIV-67.

2. Are you currently employed? ☐ Yes ☒ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. _____
   _____
   _____
   _____

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. _____
   _____
   _____
   _____

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment    ☐ Yes ☒ No
   b. Rent payments, royalties interest or dividends    ☐ Yes ☒ No
   c. Pensions, annuities or life insurance             ☐ Yes ☒ No
   d. Disability or workers compensation                ☐ Yes ☒ No
   e. Social Security, disability or other welfare     ☐ Yes ☒ No
   e. Gifts or inheritances                             ☐ Yes ☒ No
   f. Spousal or child support                          ☐ Yes ☒ No
   g. Any other sources                                 ☐ Yes ☒ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month. _____
   _____
   _____

4. Do you have any checking account(s)? ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s): _____
   b. Present balance in account(s): _____

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts? ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s): _____
   b. Present balance in account(s): _____

6. Do you own an automobile or other motor vehicle? ☐ Yes ☒ No
   a. Make:_____ Year:_____ Model:_____
   b. Is it financed? ☐ Yes ☒ No
   c. If so, what is the amount owed?_____

CIV-67 (Rev. 9/97)                    -2-                    K:\COMMON\FORMS\CIV-67.

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   ☐ Yes  ☒ No
   If "Yes" describe the property and state its value._____
   _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support._____
   _____

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable):_____
   _____
   _____
   _____

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]):_____
    _____
    _____

12. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you <u>must</u> explain the sources of funds for your day-to-day expenses._____
    _____
    _____

**I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.**

_5-25-08_  
DATE

_Ted D. Daniel_  
SIGNATURE OF APPLICANT

CIV-67 (Rev. 9/97)                        -3-                        K:\COMMON\FORMS\CIV-67.

If you are a **prisoner** you <u>must</u> have an officer from your institution provide this official certificate as to the amount of money in your prison account. <u>There are no exceptions to this requirement</u>.

## PRISON CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant __Ted Darnell Daniels__,
(NAME OF INMATE)

__T23705__,
(INMATE'S CDC NUMBER)

has the sum of $ __0__ on account to his/her credit at __Centinela State Prison__.
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities __0__

to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months** the applicant's *average monthly balance* was $ __3.68__,

and the *average monthly deposits* to the applicant's account was $ __3.68__.

<u>ALL PRISONERS **MUST** ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).</u>

__May 28, 2008__       __Gracie Rojas__
DATE                    SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

__Gracie Rojas__
OFFICER'S FULL NAME (PRINTED)

__Account Clerk II__
OFFICER'S TITLE/RANK

CIV-67 (Rev. 9/97)                     -4-                     K:\COMMON\FORMS\CIV-67.

## TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
### (Incarcerated applicants only)

(This form MUST be completed by the prisoner requesting to proceed in forma pauperis. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed in forma pauperis.)

I, __Ted D. Daniels # T-23705__, request and authorize the agency holding me in
(Name of Prisoner/ CDC No.)

custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☐ $150 (civil complaint) or ☐ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

__5-23-08__  
DATE

__Ted D. Daniels__  
SIGNATURE OF PRISONER

```
REPORT ID: TS3030 .701                                              REPORT DATE: 05/28/08
                                                                    PAGE NO:          1
                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                                 CENTINELA STATE PRISON
                             INMATE TRUST ACCOUNTING SYSTEM
                             INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: NOV. 01, 2007 THRU MAY 28, 2008

ACCOUNT NUMBER   : T23705                    BED/CELL NUMBER: FBB5T1000000147L
ACCOUNT NAME     : DANIELS, TED DARNELL      ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                              TRUST ACCOUNT ACTIVITY
      TRAN
DATE  CODE  DESCRIPTION      COMMENT     CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE

11/01/2007  BEGINNING BALANCE                                                    0.00

  ACTIVITY FOR 2008
05/08*DD30  CASH DEPOSIT     6621 MLRM                 22.05                    22.05
05/08 W512  LEGAL POSTAGE    6632 05/06                              0.97       21.08
05/08 W512  LEGAL POSTAGE    6632 05/06                              0.15       20.93
05/08 W512  LEGAL POSTAGE    6632 04/29                              4.60       16.33
05/08 W515  COPY CHARGE      6631 RGCOP                              1.90       14.43
05/08 W515  COPY CHARGE      6631 RGCOP                              0.10       14.33
05/08 W516  LEGAL COPY CH    6630 05/06                              1.40       12.93

                              CURRENT HOLDS IN EFFECT
 DATE       HOLD
 PLACED     CODE       DESCRIPTION               COMMENT          HOLD AMOUNT

04/02/2008  H102   EYEGLASSES HOLD             5749 VISON              9.00
05/28/2008  H118   LEGAL COPIES HOLD           7019 05/25             21.10

                        * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 07/27/01                     CASE NUMBER: SCD149951
COUNTY CODE: SD                              FINE AMOUNT: $  10,000.00

DATE       TRANS.  DESCRIPTION                   TRANS. AMT.      BALANCE

11/01/2007         BEGINNING BALANCE                              9,751.50

05/08/08   DR30    REST DED-CASH DEPOSIT            24.50-        9,727.00
```

```
REPORT ID: TS3030 .701                                          REPORT DATE: 05/28/08
                                                                     PAGE NO:     2
                              CENTINELA STATE PRISON
                          INMATE TRUST ACCOUNT STATEMENT

                     FOR THE PERIOD: NOV. 01, 2007 THRU MAY 28, 2008

ACCT: T23705        ACCT NAME: DANIELS, TED DARNELL           ACCT TYPE: I

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *

                           TRUST ACCOUNT SUMMARY

BEGINNING     TOTAL         TOTAL         CURRENT       HOLDS       TRANSACTIONS
 BALANCE     DEPOSITS    WITHDRAWALS      BALANCE      BALANCE     TO BE POSTED
---------    --------    -----------    ----------    --------    -------------
   0.00        22.05          9.12         12.93         30.10          0.15

                                                              CURRENT
                                                            AVAILABLE
                                                             BALANCE
                                                           ------------
                                                              17.32-
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____ TRUST OFFICE